JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS BUENROSTRO,               )     Case Nos. CV 18-10298-JFW (JEM)
                                    )
                 Petitioner,        )            CR 95-00504-WBS-AC-1 (E.D. Cal.)
                                    )
          v.                        )     **J U D G M E N T**
                                    )
F. MARTINEZ, Warden,                )
                                    )
                 Respondent.        )
_____)

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: _August 5, 2019_

                                      _____
                                           JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE